UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **Athena Y Bachtel**, | ) |
| Plaintiffs, | ) |
| | ) |
| V. | ) |
| | ) Case No. 4:08-cv-01374-SNLJ |
| | ) |
| **City of Moberly,** | ) |
| | ) |
| Defendants. | ) |

ORDER

The above-styled case was filed in the Eastern Division of this court on Sept. 9, 2008, and assigned to the Honorable Stephen N Limbaugh, Jr.. Because the jurisdiction of this matter lies in the Northern Division of this district, this case should have been assigned a Northern Division case number.

IT IS HEREBY ORDERED that the above styled cause is transferred to the Northern Division of this court and assigned Case No. 2:08-cv-00049AGF. The Honorable Audrey G. Fleissig will preside.

Case No. 4:08-cv-01374-SNLJ is hereby administratively closed. Judge Limbaugh's name will be replaced for future assignment.

Dated this 11th day of September, 2008.

James G. Woodward, Clerk of Court

By: /s/ Karen Moore, Deputy Clerk

Please refer to Case No.**2:08-cv-00049 AGF** in all future matters concerning this case.